IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Advanced Realtors, LLC,** | : | **Bankruptcy No. 19-23873 CMB** |
| | : | |
| **Debtor** | : | |
| | : | **Chapter 7** |
| **Handlovitch Enterprises, LLC,** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| v. | : | **Related to Doc. No. 14** |
| | : | |
| **U.S. Trustee, and** | : | |
| **Advanced Realtors, LLC,** | : | |
| **Respondents** | : | |

### NOTICE AND ORDER SETTING HEARING ON AN EMERGENCY BASIS

*AND NOW*, this 25th day of October, 2019, NOTICE IS HEREBY GIVEN THAT an *Emergency Motion to Dismiss Bankruptcy Petition or in the Alternative, to Retain and Employ Appointed Receiver to Complete Bankruptcy Petition for Debtor* ("Motion") has been filed in the above-referenced case by Sharon Menchyk, Counsel for Handlovitch Enterprises, LLC.

*On November 6, 2019 at 2:00 p.m.,* a hearing has been scheduled in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of **ten (10)** minutes is reserved on the Court's calendar. This will not be an evidentiary hearing. However, if the parties believe that the presentation of evidence and/or witnesses will be required at the time of the hearing, an appropriate request shall **immediately** be filed with the Court and served upon all parties in interest.

*On or before October 31, 2019*, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

If the Motion includes a request for an extension of time, the time is extended to the date of the hearing and may be extended further pending the outcome of the hearing.

      Pursuant to the Undersigned Judge's procedures, in the event that the parties are able to resolve their dispute(s), any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.

      Telephonic participation in the hearing may be approved if arrangements are made by calling the courtroom deputy.

      *Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and** (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. ***Depending upon the relief requested, service on the entire matrix may be required***.

      *Movant shall immediately* file a certificate of service indicating such service.

*(signed)* Carlota M. Böhm    **dmr**
Carlota M. Böhm
Chief United States Bankruptcy Judge

cm: Sharon Menchyk, Esq.

FILED
10/25/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA